Mary B. Connor, defendant in error, v. Dr. Alex B. Magnus, plaintiff in error. Gen. No. 34,866.

Opinion filed October 21, 1931. Rehearing denied November 2, 1931.

Frank & Shomberg, for plaintiff in error; Milton Hart, of counsel. Merle E. Finch, for defendant in error.

Mr. Justice Wilson delivered the opinion of the court.

Amy Keck, a minor, by Edward Keck, her next friend, defendant in error, v. Gideon Bartels, plaintiff in error. Gen. No. 34,891.

Opinion filed October 21, 1931.

John A. Bloomingston, for plaintiff in error. Shannon & Morrill and Thomas J. Symmes, for defendant in error.

Mr. Justice Wilson delivered the opinion of the court.

H. G. Anderson, appellee, v. Frederick W. Lucke et al., trading as F. W. Lucke Brick Company, appellants. Gen. No. 34,945.

Opinion filed October 21, 1931.

Schall & Schall, for certain appellant; S. M. Schall and Wallace S. Schall, of counsel. John C. Melaniphy, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

Grace Landon, appellee, v. William Hale Thompson et al., appellants. Gen. No. 34,956.

Opinion filed October 21, 1931.

Samuel A. Ettelson, Corporation Counsel, for appellants; William V. Daly, Samuel Schein and Roy S. Gaskill, Assistant Corporation Counsel, of counsel. Myer H. Gladstone and Louis N. Blumenthal, for appellee.

Mr. Justice Wilson delivered the opinion of the court.